PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
MICHELLE A. HERRERA (209842)
J. RYAN STASELL (307431)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  858-509-4000; Facsimile: 858-509-4010
Email:  paul.fraidenburgh@pillsburylaw.com
        michelle.herrera@pillsburylaw.com
        ryan.stasell@pillsburylaw.com
        alexander.carroll@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS C. HILL (DC 242974)
1200 Seventeenth Street, NW
Washington, DC  20036
Telephone:  202-663-8000; Facsimile: 202-663-8007
Email:  thomas.hill@pillsburylaw.com
(*Pro Hac Vice admission forthcoming*)

Attorneys for Defendant MVM, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE (*alias*) and JUNIOR (*alias*), *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>MVM, INC.,<br><br>Defendant. | Case No. 3:24-cv-01265-DMS-AHG<br><br>**DEFENDANT MVM, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Complaint Filed: July 23, 2024<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 40.2, the undersigned counsel of record for defendant MVM, Inc. certifies that as of this date, the following listed parties may have a pecuniary interest in the outcome of this case.

1. Plaintiffs in this action (presently identified only by aliases in the Complaint).
2. MVM, Inc. (defendant in this action).
3. KG&P Strategies, Inc. (Defendant MVM, Inc.'s parent company).

By filing this Notice of Party with Financial Interest, MVM, Inc. does not waive any defenses under Federal Rule of Civil Procedure 12(b) or that it may otherwise raise by a responsive pleading motion.

Dated: August 12, 2024          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Paul J. Fraidenburgh*
Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
J. Ryan Stasell (307431)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  858-509-4000
paul.fraidenburgh@pillsburylaw.com
michelle.herrera@pillsburylaw.com
ryan.stasell@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)
(*Pro Hac Vice admission forthcoming*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC  20036
Telephone:  202-663-8000
thomas.hill@pillsburylaw.com

Attorneys for Defendant MVM, Inc.