PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
MICHELLE A. HERRERA (209842)
J. RYAN STASELL (307431)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  858-509-4000; Facsimile: 858-509-4010
Email:  paul.fraidenburgh@pillsburylaw.com
         michelle.herrera@pillsburylaw.com
         ryan.stasell@pillsburylaw.com
         alexander.carroll@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS C. HILL (DC 242974)
1200 Seventeenth Street, NW
Washington, DC  20036
Telephone:  202-663-8000; Facsimile: 202-663-8007
Email:  thomas.hill@pillsburylaw.com
(*Admitted Pro Hac Vice*)

Attorneys for Defendant MVM, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE (*alias*) and JUNIOR (*alias*), *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>MVM, INC.,<br><br>Defendant. | Case No.  3:24-cv-01265-DMS-AHG<br><br>**DEFENDANT MVM, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Complaint Filed:  July 23, 2024<br><br>Trial Date:  None Set |

1

# STATEMENT OF NON-OPPOSITION

Pursuant to Civil Local Rule 7.1, Defendant MVM, Inc. hereby notifies the Court and Plaintiffs that Defendant does not oppose the relief requested by Plaintiffs Padre and Junior's Motion to Proceed Under Pseudonyms (Dkt. 38).

Dated: October 31, 2024     PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Paul J. Fraidenburgh*
Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
J. Ryan Stasell (307431)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000
Facsimile: 858-509-4010
paul.fraidenburgh@pillsburylaw.com
michelle.herrera@pillsburylaw.com
ryan.stasell@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)
(*Admitted Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
thomas.hill@pillsburylaw.com

Attorneys for Defendant MVM, Inc.