# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Padre (*alias*) and Junior (*alias*), *on behalf of themselves and all others similarly situated*,<br><br>　　　　　*Plaintiffs*,<br>　　v.<br><br>MVM, Inc.,<br><br>　　　　　*Defendant*. | Case No. 24cv01265 DMS (AHG)<br><br>**ORDER ON PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

This case comes before the Court on Plaintiffs' Motion to Proceed Under Pseudonyms. Defendant has filed a notice of non-opposition to the motion. The Court finds Plaintiffs have met the standard to proceed under pseudonyms, therefore the motion is granted.

**IT IS SO ORDERED.**

Dated: November 5, 2024

　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw, Chief Judge
　　　　　　　　　　　　　　　　United States District Court