PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
MICHELLE A. HERRERA (209842)
J. RYAN STASELL (307431)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:  858-509-4000; Facsimile: 858-509-4010
Email:  paul.fraidenburgh@pillsburylaw.com
        michelle.herrera@pillsburylaw.com
        ryan.stasell@pillsburylaw.com
        alexander.carroll@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS C. HILL (DC 242974)
1200 Seventeenth Street, NW
Washington, DC  20036
Telephone:  202-663-8000; Facsimile: 202-663-8007
Email:  thomas.hill@pillsburylaw.com
(*Admitted Pro Hac Vice*)

Attorneys for Defendant MVM, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE (*alias*) and JUNIOR (*alias*), *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>MVM, INC.,<br><br>Defendant. | Case No.  3:24-cv-01265-DMS-AHG<br><br>**DEFENDANT MVM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULES 12(b)(6) AND 12(b)(7)**<br><br>Date:         December 20, 2024<br>Time:        1:30 p.m.<br>Courtroom:  13A<br><br>Judge: Hon. Dana M. Sabraw<br><br>Complaint Filed:  July 23, 2024<br>Trial Date:  None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant MVM, Inc. ("MVM") moves the Court for the entry of an order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7) dismissing the Complaint of Plaintiffs Padre (alias) and Junior (alias).

The matter will be heard on December 20, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101.

This motion is brought on the following grounds:

1. Each of Plaintiffs' Claims Must Be Dismissed Because the United States Is an Indispensable Party That Cannot Be Joined to This Action (F.R.C.P. 12(b)(7));

2. Each of Plaintiffs' Claims Must Be Dismissed Because Each Is Barred by the defense of Derivative Sovereign Immunity (F.R.C.P. 12(b)(6));

3. Plaintiffs' Alien Tort Statute Claims (Claims 1-4) Must Be Dismissed for Failure to State a Claim (F.R.C.P. 12(b)(6));

4. Plaintiffs' Civil Rights Conspiracy Claims (Claims 5-6) Must Be Dismissed for Failure To State A Claim And Because They Are Time-Barred (F.R.C.P. 12(b)(6));

5. Plaintiffs' State Law Claims (Claims 7-8) Must Be Dismissed for Failure to State a Claim and Because They Are Time Barred By The Applicable Statute of Limitations (F.R.C.P. 12(b)(6)).

This motion is based on this Notice of Motion and Motion, and the concurrently filed Memorandum of Points and Authorities, Request for Judicial Notice, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

Dated: November 12, 2024

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: *s/ Paul J. Fraidenburgh*
Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
J. Ryan Stasell (307431)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000
Facsimile: 858-509-4010
paul.fraidenburgh@pillsburylaw.com
michelle.herrera@pillsburylaw.com
ryan.stasell@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)
(*Admitted Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
thomas.hill@pillsburylaw.com

Attorneys for Defendant MVM, Inc.