1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA
10
11   PADRE and JUNIOR, on behalf of          Case No.:  3:24-cv-01265-DMS-AHG
     themselves and all others similarly
12   situated,                               **ORDER SETTING CASE**
13                                            **MANAGEMENT CONFERENCE**
                          Plaintiffs,
14
     v.
15
     MVM, INC.,
16
                          Defendant.
17
18
19           This matter comes before the Court upon review of the record. On March 3, 2025,
20   the Court issued an Order Granting in Part and Denying in Part Defendant's Motion to
21   Dismiss. ECF No. 54. Because the case will proceed on at least one claim, the Court hereby
22   **SETS** a Case Management Conference ("CMC") for **April 1, 2025** at **1:00 p.m.** before
23   Magistrate Judge Allison H. Goddard.
24           The CMC shall take place via videoconference using the Court's official Zoom
25   account. The Court incorporates by reference the videoconference procedures set forth in
26   ECF No. 32 at 3–5. Appearance of the parties at the CMC is not required. Court staff will
27   circulate a Zoom invitation to **all counsel of record** at least one day prior to the CMC.
28           The Court orders the following to occur before the CMC:

3:24-cv-01265-DMS-AHG

A.   If they have not done so already, counsel for the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **March 11, 2025**.

B.   The parties must file a Joint Case Management Statement by **March 25, 2025**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found on the court website at:

https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

C.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **March 25, 2025**.

All participants shall display the same level of professionalism during the CMC as if they were attending in person, including by dressing in appropriate courtroom attire and being seated indoors prepared to appear on camera. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated:  March 7, 2025

Honorable Allison H. Goddard
United States Magistrate Judge