Scott A. Gilmore (SBN 284961)
**Hausfeld LLP**
888 16th Street N.W. Suite 300
Washington, DC 20006
(202) 540-7200
sgilmore@hausfeld.com

*Attorney for Plaintiffs*
*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Padre (*alias*) and Junior (*alias*), *on behalf of themselves and all others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>MVM, Inc.,<br><br>*Defendant*. | Case No.: 3:24-cv-01265-DMS-AHG<br><br>**JOINT MOTION FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND EXTENSION OF DEADLINES**<br><br>Judge: Hon. Allison H. Goddard<br>Courtroom: 2C<br>CMC Date: April 1, 2025<br>CMC Time: 1:00 p.m. |

Plaintiffs Padre and Junior and Defendant MVM, Inc. ("MVM") by and through the undersigned counsel, respectfully move for an extension of the parties' deadlines set forth in the Court's March 7, 2025 Order Setting Case Management Conference (ECF No. 55).

1. On March 3, 2025, the Honorable Dana M. Sabraw granted in part and denied in part MVM's motion to dismiss (the "Motion to Dismiss Order") (ECF No. 54).

2. The Motion to Dismiss Order denied MVM's motion to dismiss under Rule 12(b)(7) and as to derivative sovereign immunity under Rule 12(b)(6). Judge

Sabraw denied MVM's motion to dismiss based on insufficient facts as to Plaintiffs' claims of enforced disappearance, torture, 42 U.S.C. §§ 1985 and 1986, and California Civil Code section 49(a).

    3.    On the statute of limitations, Judge Sabraw denied MVM's motion as to Plaintiffs' claim under California Civil Code section 49(a) but granted MVM's motion to dismiss as to Plaintiffs' claims under §§ 1985 and 1986 and for intentional infliction of emotional distress, with leave to amend to "cure the pleading deficiencies concerning equitable tolling" on or before March 14, 2025.

    4.    Plaintiffs do not intend to file a First Amended Complaint to cure the pleading deficiencies concerning equitable tolling.

    5.    On March 7, 2025, the Honorable Allison H. Goddard issued an order setting a Case Management Conference for April 1, 2025. In that order, Judge Goddard set the following deadlines, requiring:

        a.  The parties to meet and confer pursuant to Rule 26(f) by March 11, 2025.

        b.  The parties to file a Joint Case Management Statement by March 25, 2025.

        c.  The parties to serve Initial Disclosures pursuant to Rule 26(a)(1)(A-D) by March 25, 2025.

    6.    Due to scheduling conflicts (including trial schedules), and because the parties are still determining the most efficient and productive path forward in their respective litigation strategies, good cause exists for an extension.

    7.    Based on the foregoing, the parties respectfully request that the Court:

        a.  Reschedule the Case Management Conference currently set for April 1, 2025 to April 10 or 11, 2025 (or another date after April 3, 2025 at the Court's convenience, except for April 8 or 9, 2025);

        b.  Extend the deadline to meet and confer pursuant to Rule 26(f) to March 21, 2025;

   c. Extend the deadline to file a Joint Case Management statement to April 4, 2025; and

   d. Extend the deadline to serve Initial Disclosures pursuant to Rule 26(a)(1)(A-D) to April 4, 2025.

8. This extension is requested in good faith, will not materially delay this action, and will enhance efficiency by permitting both parties to adequately prepare for and participate in a productive Rule 26(f) conference and Case Management Conference before the Court.

9. WHEREFORE, the parties respectfully request that the Court issue an Order rescheduling the Case Management Conference to April 10 or 11, 2025, and extending the deadlines for the parties to meet and confer pursuant to Rule 26(f), file a Joint Case Management Statement, and serve Initial Disclosures.

Dated: March 10, 2025        Respectfully Submitted,

/s/Paul J. Fridenburgh
Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
J. Ryan Stasell (307431)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000
Facsimile: 858-509-4010
paul.fraidenburgh@pillsburylaw.com
michelle.herrera@pillsburylaw.com
ryan.stasell@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW

/s/Scott A. Gilmore
Scott A. Gilmore (SB #284961)
Amanda Lee-DasGupta*
Mary Sameera Van Houten*
Mandy Boltax*
HAUSFELD LLP
888 16th Street N.W. Suite 300
Washington, DC 20006
(202) 540-7200
sgilmore@hausfeld.com
alee@hausfeld.com
mvanhouten@hausfeld.com
mboltax@hausfeld.com

Paul L. Hoffman (SBN 71244)
John C. Washington (SBN 315991)
Schonbrun Seplow Harris Hoffman & Zeldes LLP

| | |
|---|---|
| Washington, DC 20036<br>Telephone: 202-663-8000<br>Facsimile: 202-663-8007<br>thomas.hill@pillsburylaw.com<br><br>*Attorneys for Defendant MVM, Inc.* | 200 Pier Avenue #226<br>Hermosa Beach, California 90254<br>(310) 717-7373<br>hoffpaul@aol.com<br>jwashington@sshhzlaw.com<br><br>Katie R. Beran*<br>Hausfeld LLP<br>325 Chestnut Street<br>Philadelphia, PA 19106<br>(215) 985-3270<br>kberan@hausfeld.com<br><br>James Gotz*<br>Hausfeld, LLP<br>One Marina Park Drive, Suite 14010<br>Boston, MA 02210<br>(617) 207-0600<br>jgotz@hausfeld.com<br><br>Ashley Crooks*<br>Erika A. Inwald*<br>Hausfeld, LLP<br>33 Whitehall Street, 14th Floor<br>New York, NY 10004<br>(646) 357-1100<br>acrooks@hausfeld.com<br>einwald@hausfeld.com<br><br>Andrew Fels*<br>Al Otro Lado<br>511 E. San Ysidro Blvd., #333<br>San Ysidro, CA 92173<br>(323) 238-9935<br>andrew@alotrolado.com<br><br>* Admitted pro hac vice<br><br>*Attorneys for Plaintiffs* |