UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE and JUNIOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MVM, INC.,<br><br>Defendant. | Case No.: 3:24-cv-01265-DMS-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**[ECF No. 56]** |

This matter comes before the Court on the parties' Joint Motion for a Continuance of the Case Management Conference and Extension of Deadlines. ECF No. 56. Good cause appearing, the Joint Motion is **GRANTED**. The Case Management Conference ("CMC") is hereby **CONTINUED** to **April 11, 2025** at **2:30 p.m.** before Magistrate Judge Allison H. Goddard.

The CMC shall take place via videoconference using the Court's official Zoom account. The Court incorporates by reference the videoconference procedures set forth in ECF No. 32 at 3–5. Appearance of the parties at the CMC is not required. Court staff will circulate a Zoom invitation to **all counsel of record** at least one day prior to the CMC.

The Court **RESETS** the following deadlines related to the CMC:

A. Counsel for the parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **March 21, 2025**.

B. The parties must file a Joint Case Management Statement by **April 4, 2025**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found on the court website at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

C. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **April 4, 2025**.

All participants shall display the same level of professionalism during the CMC as if they were attending in person, including by dressing in appropriate courtroom attire and being seated indoors prepared to appear on camera. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
Honorable Allison H. Goddard
United States Magistrate Judge