PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
MICHELLE A. HERRERA (209842)
J. RYAN STASELL (307431)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000; Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
       michelle.herrera@pillsburylaw.com
       ryan.stasell@pillsburylaw.com
       alexander.carroll@pillsburylaw.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
THOMAS C. HILL (DC 242974)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202-663-8000; Facsimile: 202-663-8007
Email: thomas.hill@pillsburylaw.com
(*Admitted Pro Hac Vice*)

Attorneys for Defendant MVM, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE (*alias*) and JUNIOR (*alias*), *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>MVM, INC.,<br><br>Defendant. | Case No. 3:24-cv-01265-DMS-AHG<br><br>**DEFENDANT MVM, INC.'S DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Complaint Filed: July 23, 2024<br><br>Trial Date: None Set |

1

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant MVM, Inc. demands a trial by jury of all issues so triable in this action.

Dated: April 22, 2025          PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Paul J. Fraidenburgh*
Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
J. Ryan Stasell (307431)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000
Facsimile: 858-509-4010
paul.fraidenburgh@pillsburylaw.com
michelle.herrera@pillsburylaw.com
ryan.stasell@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)
(*Admitted Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
thomas.hill@pillsburylaw.com

Attorneys for Defendant MVM, Inc.