1

2

3

4

5

6

7

8

9

10

Katie R. Beran *(pro hac vice)*
**HAUSFELD LLP**
325 Chestnut Street
Philadelphia, PA 19106
(215) 985-3270
kberan@hausfeld.com

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 Padre *(alias)* and Junior *(alias)*, *on* | Case No.: 3:24-cv-01265-DMS-AHG |
| 12 *behalf of themselves and all others* | |
| *similarly situated*, | **JOINT MOTION FOR ENTRY OF** |
| 13 | **STIPULATION AND ORDER FOR** |
| | **THE DISCOVERY AND** |
| 14 *Plaintiffs*, | **PRODUCTION OF DOCUMENTS** |
| 15 v. | |
| 16 MVM, Inc., | Judge: Honorable Dana M. Sabraw |
| 17 | Magistrate: Honorable Allison H. |
| *Defendant*. | Goddard |
| 18 | |
| 19 | Complaint Filed: July 23, 2024 |
| 20 | CMC Held: April 11, 2025 |
| | Trial Date: None Set |

21

22

23

24

25

26

27

28

JOINT MOTION FOR
ENTRY OF ESI PROTOCOL                    CASE NO.: 3:24-cv-01265-DMS-AHG

1    Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Civil

2   Rule 7.2, Plaintiffs Padre and Junior, and Defendant MVM, Inc., by and through

3   undersigned counsel, jointly stipulate and agree to the [Proposed] Stipulation and Order

4   for the Discovery and Production of Documents submitted herewith as Exhibit 1 and

5   respectfully move the Court to enter the order.

6

7    IT IS SO STIPULATED.

8

9   Dated: June 3, 2025                                    Respectfully Submitted,

10

11  */s/ Paul J. Fraidenburgh*                             */s/ Katie R. Beran*

    Paul J. Fraidenburgh (SBN 280354)                      Katie R. Beran*

12  Michelle A. Herrera (SBN 209842)                       **HAUSFELD LLP**

13  J. Ryan Stasell (SBN 307431)                           325 Chestnut Street

    Alexander P. Carroll (SBN 339890)                      Philadelphia, PA 19106

14  **PILLSBURY WINTHROP SHAW**                            (215) 985-3270

15  **PITTMAN LLP**                                        kberan@hausfeld.com

16  11682 El Camino Real, Suite 200

    San Diego, CA 92130                                    Scott A. Gilmore (SBN 284961)

17  Telephone: 858-509-4000                                Amanda Lee-DasGupta*

18  Facsimile: 858-509-4010                                Mary Sameera Van Houten*

    paul.fraidenburgh@pillsburylaw.com                     Mandy Boltax*

19  michelle.herrera@pillsburylaw.com                      **HAUSFELD LLP**

20  ryan.stasell@pillsburylaw.com                          1200 17th Street, N.W., Suite 600

    alexander.carroll@pillsburylaw.com                     Washington, DC 20036

21                                                         (202) 540-7200

22  Thomas C. Hill (DC 242974)*                            sgilmore@hausfeld.com

    **PILLSBURY WINTHROP SHAW**                            alee@hausfeld.com

23  **PITTMAN LLP**                                        mvanhouten@hausfeld.com

24  1200 Seventeenth Street, NW                            mboltax@hausfeld.com

    Washington, DC 20036

25  Telephone: 202-663-8000

26  Facsimile: 202-663-8007

27

28

JOINT MOTION FOR
ENTRY OF ESI PROTOCOL                       CASE No.: 3:24-cv-01265-DMS-AHG

1

thomas.hill@pillsburylaw.com
*Attorneys for Defendant*

James Gotz*
**HAUSFELD LLP**
One Marina Park Drive, Suite 14010
Boston, MA 02210
(617) 207-0600
jgotz@hausfeld.com

Ashley Crooks*
Erika A. Inwald*
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
(646) 357-1100
acrooks@hausfeld.com
einwald@hausfeld.com

Helen I. Zeldes (SBN 220051)
Schonbrun Seplow Harris
**HOFFMAN & ZELDES LLP**
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4990
hzeldes@sshhzlaw.com

Paul L. Hoffman (SBN 71244)
John C. Washington (SBN 315991)
Schonbrun Seplow Harris
**HOFFMAN & ZELDES LLP**
200 Pier Avenue, #226
Hermosa Beach, California 90254
(310) 717-7373
hoffpaul@aol.com
jwashington@sshhzlaw.com

Andrew Fels*
**AL OTRO LADO**
511 E. San Ysidro Blvd., #333

JOINT MOTION FOR
ENTRY OF ESI PROTOCOL

CASE NO.: 3:24-cv-01265-DMS-AHG

2

San Ysidro, CA 92173
(323) 238-9935
andrew@alotrolado.com

*** Admitted pro hac vice
Attorneys for Plaintiffs**

JOINT MOTION FOR
ENTRY OF ESI PROTOCOL                     CASE NO.: 3:24-cv-01265-DMS-AHG

1

**ELECTRONIC SIGNATURE CERTIFICATION**

2   I, Katie R. Beran, hereby attest that all other signatories listed, and on whose

3   behalf the filing is submitted, concur in the filing's content and have authorized this

4   electronic filing.

5

6   Dated: <u>June 3, 2025</u>                    */s/ Katie R. Beran*

7                                          Katie R. Beran *(pro hac vice)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION FOR
ENTRY OF ESI PROTOCOL                    CASE NO.: 3:24-cv-01265-DMS-AHG