# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE (alias) and JUNIOR (alias), on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>MVM, Inc.,<br><br>                              Defendant. | Case No.:  24cv1265 DMS (AHG)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendant's motion to dismiss is currently scheduled for hearing on June 5, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the June 5, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  May 29, 2026

Hon. Dana M. Sabraw
United States District Judge

1