Mary S. Van Houten Harper (D.C. Bar No. 1045137)*
Amanda Lee-DasGupta (D.C. Bar No. 1619712)*
Mandy V. Boltax (D.C. Bar No. 90013893)*
Shana Herman (*pro hac vice forthcoming*)
**Hausfeld LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
mvanhouten@hausfeld.com
alee@hausfeld.com
mvanhouten@hausfeld.com
mboltax@hausfeld.com
sherman@hausfeld.com

* *Admitted pro hac vice*

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Padre (*alias*), Junior (*alias*), I.V.S. (*alias*) and A.V.L. (*alias*), by and through I.V.S. *on behalf of themselves and all others similarly situated*,<br><br>　　　　*Plaintiffs*,<br>　　v.<br><br>MVM, Inc.,<br><br>　　　　*Defendant*. | Case No.: 3:24-cv-01265-DMS-AHG<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT MVM, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A<br><br>Motion Filed: April 2, 2026<br><br>Hearing Date: Vacated |

PLS.' RESP. TO DEF. MVM, INC.'S          CASE NO.: 3:24-cv-01265-DMS-AHG
NOT. OF SUPPL. AUTHORITY ISO MTD

Plaintiffs respectfully write to provide a brief response to Defendant MVM Inc.'s Notice of Supplemental Authority (ECF No. 211) regarding the Supreme Court's recent decision in *Cisco Systems, Inc. v. Doe*, No. 24–8856, slip op. (U.S. June 23, 2026).

In *Cisco*, the Supreme Court held that *new* causes of action for violations of international norms—apart from safe conducts and the two other original Blackstone offenses—could not be pled under the Alien Tort Statute. It explicitly preserved safe conducts as a viable cause of action, however, as one of the original "Blackstone three." *See* Op. at n.3 ("[The Blackstone three] are the only ATS actions this Court has ever specifically mentioned, and to the extent there has been reliance on the availability of those three actions, we see no need to revisit them."); *id.* (concluding that the Supreme Court will say "this far and no further"). *Cisco* does nothing to alter the analysis applied to safe conducts—much less "fundamentally alter[]" that analysis, as MVM contends. *See* ECF No. 211 at 2.

Plaintiffs thus respectfully submit that, while *Cisco* required dismissal of Plaintiffs' non-safe conducts causes of actions (Count II-IV), Plaintiffs' safe conducts claim (Count I) remains intact and is expressly not implicated by the decision.

Dated: June 30, 2026

Respectfully Submitted,

*/s/ Mary S. Van Houten Harper*
Mary Sameera Van Houten Harper*
Amanda Lee-DasGupta*
Mandy Boltax*
Shana Herman (*pro hac vice forthcoming*)
**Hausfeld LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200

mvanhouten@hausfeld.com
alee@hausfeld.com
mboltax@hausfeld.com
sherman@hausfeld.com

Katie R. Beran*
**Hausfeld LLP**
325 Chestnut Street
Philadelphia, PA 19106
Tel.: (215) 985-3270
kberan@hausfeld.com

James Gotz*
**Hausfeld LLP**
One Marina Park Drive, Suite 14010
Boston, MA 02210
Tel.: (617) 207-0600
jgotz@hausfeld.com

Ashley Crooks*
Erika A. Inwald*
**Hausfeld LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
acrooks@hausfeld.com
einwald@hausfeld.com

Paul L. Hoffman (SBN 71244)
John C. Washington (SBN 315991)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90254
Tel.: (310) 717-7373
hoffpaul@aol.com
jwashington@sshhzlaw.com

Helen I. Zeldes (SBN 220051)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
501 West Broadway, Suite 800
San Diego, CA 92101
Tel.: (619) 400-4990
hzeldes@sshhzlaw.com

Andrew Fels*
**Al Otro Lado**
511 E. San Ysidro Boulevard, #333
San Ysidro, CA 92173
Tel.: (323) 238-9935
andrew@alotrolado.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

/s/ Mary S. Van Houten Harper
Mary Sameera Van Houten Harper