UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PADRE, on behalf of himself and all others similarly situated, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>MVM, INC.,<br><br>                                    Defendant. | Case No.:  3:24-cv-01265-DMS-AHG<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |

The Court issued a Mediator's Proposal on June 19, 2026, which it clarified on June 23, 2026. *See* ECF No. 209. The parties accepted the Mediator's Proposal and the case settled. ECF No. 216. The Court held a status conference on July 17, 2026. ECF No. 219. The Court orders as follows:

1.     In light of the settlement, Plaintiffs' motion to compel (ECF No. 70) is **DENIED AS MOOT**.

2.     All case deadlines—including the July 30, 2026, deadline for the filing of the parties' Joint Motion for Determination of Discovery Dispute—are **VACATED**.

3.    Plaintiffs must provide Defendant with a draft settlement agreement by **July 22, 2026**.

4.    Defendant must provide its comments to Plaintiffs regarding the draft settlement agreement by **August 5, 2026**.

5.    Should the parties have disputes regarding the settlement agreement, they should include the Court (via carbon copy at efile_goddard@casd.uscourts.gov) on their email correspondence.

6.    The Court **SETS** a Status Conference, to resolve any disputes over the settlement agreement, for **August 10, 2026** at **9:00 a.m.** before the Honorable Allison H. Goddard *via videoconference*.

    A.    If the parties send a joint email to efile_goddard@casd.uscourts.gov confirming that there are no disputes no later than **5:00 p.m. on August 7, 2026**, the conference will be vacated.

    B.    Court staff will send the Zoom invitation to counsel in advance of the conference.

    C.    All participants shall display the same level of professionalism during the Status Conference and be prepared to devote their full attention to the conference as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

    D.    Counsel are advised that although the Status Conference will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire

7.    The final settlement agreement must be signed no later than **August 12, 2026**.

//

8.    The motion for preliminary approval of class settlement must be filed no later than **August 19, 2026**.

**IT IS SO ORDERED.**

Dated: July 17, 2026

_____

Honorable Allison H. Goddard
United States Magistrate Judge

3:24-cv-01265-DMS-AHG