Amanda Lee-DasGupta (D.C. Bar No. 1619712)*
Mary S. Van Houten Harper (D.C. Bar No. 1045137)*
Mandy V. Boltax (D.C. Bar No. 90013893)*
Shana R. Herman (D.C. Bar No. 337541)*
**Hausfeld LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
alee@hausfeld.com
mvanhouten@hausfeld.com
mboltax@hausfeld.com
sherman@hausfeld.com

** Admitted pro hac vice*

*Attorneys for Plaintiffs*
*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Padre (*alias*), Junior (*alias*), I.V.S. (*alias*) and A.V.L. (*alias*), by and through I.V.S. *on behalf of themselves and all others similarly situated*,

*Plaintiffs*,

v.

MVM, Inc.,

*Defendant*.

Case No.: 3:24-cv-01265-DMS-AHG

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Judge: Hon. Dana M. Sabraw
Date: October 16, 2026
Time: 1:30 p.m.
Room: Courtroom 13A

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on, October 16, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Dana M. Sabraw, in Courtroom 13A of the above-entitled court, located at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Padre, Junior, I.V.S., and A.V.L., by and through I.V.S. ("Plaintiffs") will move the Court for an order granting preliminary approval of the proposed class action settlement between Plaintiffs and Defendant MVM, Inc. ("MVM"), which is memorialized in the Settlement Agreement Between Plaintiffs and Defendant MVM, Inc. ("Settlement Agreement"), attached as Ex. A to the Declaration of Shana R. Herman, and for related relief. Specifically, Plaintiffs request that the Court:

(1) Certify, for settlement purposes, the following Settlement Class:

> All persons who qualify for inclusion as class members of the settlement class certified in *Ms. L. v. U.S. Immigration & Customs Enforcement*, No. 3:18-cv-00428-DMS-AHG (S.D. Cal.) and were separated from their parent or child between March 7, 2017, and January 20, 2021.

(2) Appoint Hausfeld LLP as Class Counsel for settlement purposes. Class Counsel shall communicate with Class Members as necessary, as well as oversee and monitor the administration of the notice program, the settlement program, the distribution program, and generally the work of the Settlement Administrator and Qualified Escrow Agent, all to ensure the settlement program advances in accordance with the terms of the Order. Any issues concerning the same shall be brought by Class Counsel to Judge Goddard or the Court's attention for resolution as needed;

(3) Appoint Padre, Junior, I.V.S., and A.V.L., by and through I.V.S. (aliases) as Class Representatives, for settlement purposes;

(4) Find that the Settlement Agreement has been negotiated at arm's length;

(5) Preliminarily approve the Settlement Agreement and Settlement Allocation Plan as fair, reasonable, and adequate, and in the best interests of the Settlement Class;

(6) Approve the notice content and plan for providing notice of the Settlement Agreement to members of the Settlement Class;

(7) Approve the content and plan for processing the Claim Form;

(8) Appoint JND Legal Administration as Settlement Administrator. As the Settlement Administrator, JND Legal Administration will report to Class Counsel regarding the costs incurred in administering the Settlement, including Notice and Claims Administration on a monthly basis, or as otherwise reasonably requested by Class Counsel;

(9) Appoint Huntington Bank as the Qualified Escrow Agent. As the Qualified Escrow Agent, Huntington Bank will report to Class Counsel regarding interest and investment earnings on the Settlement Fund, disbursements made, taxes and tax-related payments, and any expenses associated with maintaining the Escrow Account on a monthly basis, or as otherwise reasonably requested by Class Counsel;

(10) Order the Parties to ensure that the relevant notices as required by the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq*. are disseminated in accordance with the Settlement Agreement. Ex. A § 11;

(11) Stay all proceedings in the Action, excepting the notice and exclusion process, until the Court rules on final approval for the Settlement; and

(12) Schedule a Fairness and Final Approval Hearing and approve the proposed schedule.

Plaintiffs' Motion is based on the accompanying Plaintiffs' Memorandum in Support of Preliminary Approval of a Class Action Settlement, the supporting declarations, the Class Action Settlement Agreement, and upon further evidence, pleadings, and argument of counsel as may be presented in connection with the Motion.

Dated: September 18, 2026

Respectfully Submitted,

*/s/ Amanda Lee-DasGupta*
Amanda Lee-DasGupta*
Mary Sameera Van Houten Harper*
Mandy Boltax*
Shana R. Herman*
**Hausfeld LLP**
1200 17th Street NW, Suite 600
Washington, DC 20036
Tel.: (202) 540-7200
alee@hausfeld.com
mvanhouten@hausfeld.com
mboltax@hausfeld.com
sherman@hausfeld.com

Katie R. Beran*
**Hausfeld LLP**
325 Chestnut Street
Philadelphia, PA 19106
Tel.: (215) 985-3270
kberan@hausfeld.com

James Gotz*
**Hausfeld LLP**
One Marina Park Drive, Suite 14010
Boston, MA 02210
Tel.: (617) 207-0600
jgotz@hausfeld.com

Ashley Crooks*
Erika A. Inwald*
**Hausfeld LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel.: (646) 357-1100
acrooks@hausfeld.com
einwald@hausfeld.com

Paul L. Hoffman (SBN 71244)
John C. Washington (SBN 315991)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
200 Pier Avenue, #226
Hermosa Beach, CA 90254
Tel.: (310) 717-7373
hoffpaul@aol.com
jwashington@sshhzlaw.com

Helen I. Zeldes (SBN 220051)
**Schonbrun Seplow Harris Hoffman & Zeldes LLP**
501 West Broadway, Suite 800
San Diego, CA 92101
Tel.: (619) 400-4990
hzeldes@sshhzlaw.com

Andrew Fels*
**Al Otro Lado**
511 E. San Ysidro Boulevard, #333
San Ysidro, CA 92173
Tel.: (323) 238-9935
andrew@alotrolado.com

** Admitted pro hac vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, I filed the foregoing document and supporting papers with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF system. I also served counsel of record via this Court's CM/ECF system.

*/s/ Amanda Lee-DasGupta*
Amanda Lee-DasGupta