PILLSBURY WINTHROP SHAW PITTMAN LLP
PAUL J. FRAIDENBURGH (280354)
MICHELLE A. HERRERA (209842)
DYLAN M. ASTE (281341)
ALEXANDER P. CARROLL (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000; Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
dylan.aste@pillsburylaw.com
michelle.herrera@pillsburylaw.com
alexander.carroll@pillsburylaw.com

Attorneys for Defendant MVM, Inc.
(*additional counsel on signature page*)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Padre (*alias*), Junior (*alias*), I.V.S. (*alias*), and A.V.L. (*alias*), *by and through I.V.S., on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>MVM, INC.,<br><br>Defendant. | Case No. 3:24-cv-01265-DMS-AHG<br><br>**DEFENDANT MVM, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Dana M. Sabraw<br>Date: October 16, 2026<br>Time: 1:30 p.m.<br>Room: Courtroom: 13A<br><br>Complaint Filed: July 23, 2024<br>Trial Date: None Set |

## STATEMENT OF NON-OPPOSITION

Pursuant to Civil Local Rule 7.1, Defendant MVM, Inc. hereby notifies the Court that Defendant does not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. 229).

Dated: October 1, 2026 PILLSBURY WINTHROP SHAW PITTMAN LLP

*Dylan M. Aste*
By: Dylan M. Aste

Paul J. Fraidenburgh (280354)
Michelle A. Herrera (209842)
Dylan M. Aste (281341)
Alexander P. Carroll (339890)
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858-509-4000
Facsimile: 858-509-4010
Email: paul.fraidenburgh@pillsburylaw.com
Email: michelle.herrera@pillsburylaw.com
Email: dylan.aste@pillsburylaw.com
Email: alexander.carroll@pillsburylaw.com

Thomas C. Hill (DC 242974)
(*Admitted Pro Hac Vice*)
Jeffrey J. Izant (DC 1510804)
(*Admitted Pro Hac Vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202-663-8000
Facsimile: 202-663-8007
Email: thomas.hill@pillsburylaw.com
Email: jeffrey.izant@pillsburylaw.com

Robert L. Wallan (126480)
David L. Stanton (208079)
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213-488-7100
Facsimile: 213-629-1033
Email: robert.wallan@pillsburylaw.com
Email: david.stanton@pillsburylaw.com

Attorneys for Defendant MVM, Inc.